## JANE BURTON v. JESSE CANNON.

Court of Common Pleas.  Fall Term, 1807.

*Wells' Notebook, 363.*

The Court adjudged her free against Cannon, saving the rights of all other persons.

## ABIER v. JOHN DAZEY.

Court of Common Pleas.  Fall Term, 1807.

*Wells' Notebook, 363.*

From the evidence adduced, the CHIEF JUSTICE said that his brethren were of opinion that the petitioner was transferred to Isaac Burton, a black man and husband to Abier, by way of gift; and a special decree was entered in favor of Abier.